No. 01–1710. EMPIRE BLUE CROSS AND BLUE SHIELD v. BYRNES ET AL.; and EMPIRE BLUE CROSS AND BLUE SHIELD v. ALICEA ET AL. C. A. 2d Cir. Motion of American Association of Health Plans, Inc., et al. for leave to file a brief as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 01–6978. EWING v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. [Certiorari granted, 535 U. S. 969.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of petitioner to strike respondent's lodging of lower court material denied.

No. 01–7785. LAWSON v. MISSISSIPPI ET AL. Ct. App. Miss. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 953] denied.

No. 01–8793. GIBBS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 1015] denied.

No. 01–9451. MULAZIM v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [535 U. S. 1110] denied.

No. 01–9828. GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [536 U. S. 936] denied.

No. 01–10179. IN RE HOLLINGSWORTH. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [536 U. S. 903] denied.

No. 01–9094. ABDUR'RAHMAN v. BELL, WARDEN. C. A. 6th Cir. [Certiorari granted, 535 U. S. 1016.] Motion for appointment of counsel granted, and it is ordered that Thomas C. Goldstein, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.